IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVERINO L ESTILLORE, JR., | CASE NO. CV F 10-1243 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** |
| vs. | (Doc. 6.) |
| COUNTRYWIDE BANK, FSB, et al., | |
| Defendants. | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action with prejudice as to defendant First Mutual Mortgage, Inc. only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   October 14, 2010**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1