Alison M. Norris (SBN 248711)
*anorris@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, California  90017
Tel.:  213.426.2500
Fax:  213.623.1673

Attorney for Defendants: *COUNTRYWIDE BANK FSB*, *RECONTRUST COMPANY*, and *MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| SEVERINO L. ESTILLORE JR., an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTRYWIDE BANK FSB, a Business Entity, form unknown;  FIRST MUTUAL MORTGAGE, INC., a Business Entity, form unknown; FINANCIAL TITLE CO., a Business Entity, form unknown; RECONTRUST COMPANY, a Business Entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-100 inclusive,<br><br>        Defendant. | Case No. 10-CV-01243-LJO-GSA<br><br>**ORDER GRANTING MOTION OF CERTAIN DEFENDANTS FOR TELEPHONIC ATTENDANCE AT MANDATORY SCHEDULING CONFERENCE**<br><br>Date:         January 12, 2011<br>Time:         9:30 a.m.<br>Courtroom:  10 (6th Floor)<br>Judge:         Hon. Gary S. Austin |

LIBA/2142626.1

**ORDER GRANTING MOTION OF CERTAIN DEFENDANTS' TO ATTEND MANDATORY SCHEDULING CONFERENCE TELEPHONICALLY**          Case No. 10-CV-01243-LJO-GSA

1   Defendants Countrywide Bank FSB (an entity having been converted into a national bank
2   and merged into Bank of America, N.A.), Mortgage Electronic Registration Systems, Inc., and
3   Recontrust Company's (collectively, "Defendants") motion for Defendants' counsel to attend the
4   mandatory scheduling conference of January 12, 2011 via telephone is hereby GRANTED.
5   Defendants' counsel shall be responsible for making prior arrangements for the conference call
6   and shall initiate the call at the above-designated time.

9   IT IS SO ORDERED.

10   Dated:   **January 5, 2011**              **/s/ Gary S. Austin**
11                                             UNITED STATES MAGISTRATE JUDGE